**STATEMENT OF FACTS**

On July 2, 2016, at approximately noon, the defendant, Joshua Parker, entered the TD Bank located at 1275 1st Street, NE, Washington, DC, wearing a leopard print dress, a black wig, and carrying a black and red colored backpack.  The defendant approached the teller and handed the teller a notice which stated, "this is a stickup give up 900 dollars you have less than one minute".  The teller put $772 in U.S. currency into a bag and gave the bag to the defendant.  The defendant left the bank, and a bank employee called 911.  After viewing video surveillance images, an officer responding to the scene, recognized the defendant, as Joshua Parker, an individual whom the officer had been in contact with earlier.  The officer indicated that the defendant had been wearing the same clothing as the defendant shown in the surveillance images.  Based the information provided, officers were able to identify the defendant, and began to circulate photos of the defendant to other law enforcement personnel.

On July 3, 2016, officers observed the defendant in the 1100 block of Raum Street, NE, Washington, DC.  The defendant was stopped and during the stop, he confirmed that he was in fact Joshua Parker.  Officers placed the defendant under arrest.  When officers attempted to place the defendant in the patrol car, the defendant became combative and kicked out the rear cage.  Upon arrival at the station, the defendant advised officers that he had a ziplock bag in his right sock.  Recovered from the defendant's sock as a small ziplock bag containing a rock-like substance, which appeared to be crack cocaine.  A portion of the rock-like substance field tested positive for cocaine.  The defendant was interviewed at police headquarters, where he admitted to committing the bank robbery.

The TD Bank is insured through the Federal Deposit Insurance Corporation and is located within the jurisdiction of the District Court for the District of Columbia.

_____
SENIOR POLICE OFFICER ELMER BAYLOR, JR.
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF JULY, 2016.

_____
U.S. MAGISTRATE JUDGE